UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL DISC CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV00037 ERW |
| ) | |
| APPLIED MANUFACTURING ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon the parties' "Third Joint Motion for Extension of Time to File Stipulation for Dismissal with Prejudice" [ECF No. 40]. Upon the parties' motion, and for good cause shown, the Court will grant the motion for extension of time.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' "Third Joint Motion for Extension of Time to File Stipulation for Dismissal with Prejudice" [ECF No. 40] is **GRANTED**. The parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than January 10, 2014.

Dated this  31st  day of December, 2013.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE